DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
LINDA LAW, OSB #943660
Chief Deputy City Attorney
linda.law@portlandoregon.gov
LINH T. VU, OSB #004164
Deputy City Attorney
linh.vu@portlandoregon.gov
ELIZABETH C. WOODARD, OSB #075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Fascimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland, Ted Wheeler, and Chuck Lovell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation, | **3:20-cv-01882-BR** |
| PLAINTIFFS, | **DECLARATION OF DANIEL SIMON** |
| v. | **(In Support of Motion for Extension of Time to File Appearance)** |
| CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TRAVIS HAMPTON, in his official capacity; CHAD WOLFE, in his individual and official capacity; DONALD WASHINGTON, in his individual and official capacity; and DOES 1-100, individual and supervisory officers of local, state, and federal government, | |
| DEFENDANTS. | |

Page  1  –  DECLARATION OF DANIEL SIMON

I, Daniel Simon, being first duly sworn, do depose and say:

1.      I am the attorney representing City of Portland, Ted Wheeler, and Chuck Lovell in the above-entitled matter and I make this declaration in support of defendants' request for an extension of time in which to file an initial appearance.

2.      Plaintiff Philip Wolfe filed this case in the United States District Court for the District of Oregon on November 1, 2020.

3.      Defendants City of Portland were served with the Summons and Complaint on November 9, 2020.

4.      Defendants City of Portland's response to plaintiff's Complaint is due January 08, 2021.  In order to conduct a background investigation, contact and review the lawsuit with the various named defendants and prepare and file a meaningful response to plaintiffs' Complaint, defendants City of Portland, Ted Wheeler, and Chuck Lovell request a 60-day extension of time, up to and including March 08, 2021 in which to file a first appearance.

5.      Plaintiffs' attorney, John C. Clarke, has no objection to this request for an extension of time.

6.      This motion is presented in good faith and not for reasons of delay.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED:  January 6, 2021

Daniel Simon

Page  2  –  DECLARATION OF DANIEL SIMON