**Bruce L. Campbell**, OSB No. 925377
bruce.campbell@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
**MILLER NASH GRAHAM & DUNN LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Phone:  503.224.5858

**Christopher Knauf**, admitted pro hac vice
ck@drlcenter.org
**Anthony Pinggera**, admitted pro hac vice
acp@drlcenter.org
**DISABILITY RIGHTS LEGAL CENTER**
1541 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Phone: 213.736.1031

**Amy Robertson**, admitted pro hac vice
arobertson@creeclaw.org
**Timothy Fox**, admitted pro hac vice
tfox@creeclaw.org
**Pilar Gonzales Morales**, admitted pro hac vice
pgonzalez@creeclaw.org
**CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER** 1245 E. Colfax Avenue, Suite 400
Denver, Colorado 80218
Phone: 303.757.7901


    Attorneys for Plaintiffs

Declaration of Chad Ludwig                  1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TERRI DAVIE, in her official capacity; CHAD WOLF, in his individual capacity; ALEJANDRO MAYORKAS, in his official capacity; DONALD WASHINGTON, in his individual and official capacity; and DOES 1-100, individual and supervisory officers of local, state, and federal government,<br><br>Defendants. | Case No. 3:20-cv-01882-SI<br><br>**DECLARATION OF CHAD LUDWIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

      I, Chad Ludwig, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. My name is Chad Ludwig. I am over 18 years of age and I reside in Oregon.
2. I am a person with a disability. I am deaf, and I communicate using American Sign Language.
3. In 1997, I received a bachelor's degree in social work from the National Technical Institute of the Deaf at Rochester Institute of Technology in Rochester, New York. In

2002, I received a master's degree in social work and a certificate in social work practice with Deaf and Hard of Hearing individuals from East Carolina University. I am also certified as a Deaf/Blind interpreter and as an ADA Coordinator.

4. I have worked for the state of Oregon as a community organizer and activist for people who are Deaf and Hard of Hearing since 2012. I continue to work as an advisory member of the State of Oregon's Early Hearing Detection and Intervention Board, the Northwest ADA Advisory Committee at the Northwest ADA Center, and the Oregon Telephone Assistance Program with the Oregon Public Utility Commission.

5. I am currently employed at Western Oregon University's Regional Resource Center on Deafness as its Director. I also serve as the Executive Director at Bridges Oregon, a nonprofit that serves the interests of Deaf, Deaf/Blind, and Hard of Hearing individuals in Oregon.

6. Among my roles in advocacy in Oregon, I have worked with the Oregon Association for the Deaf (OAD) for many years, including serving as President from 2013 to 2017.

7. In August 2013, I attended a presentation at the Portland Commission on Disability regarding a new order from the Portland Police Chief, who at that time was Mike Reese. OAD reviewed the new policies directive of the Portland Police Bureau regarding communication with Deaf, Deaf/Blind, and Hard of Hearing individuals. OAD found that many of the policies and directives needed to be made more precise, contain more specific guidance, remove pejorative language, and incorporate more updated technology into its policies and directives.

8. I submitted under my signature a letter to Jenifer Johnston, the Deputy City Attorney for the City of Portland, dated August 26, 2013.

9. Attached is a true and correct copy of that letter.

10. Following the submission of my letter, I made repeated efforts to follow up with the City but obtained no satisfactory answer or any alteration to the policy directive.

/ / /

/ / /

/ / /

Declaration of Chad Ludwig                    3

11. Review of the current policy shows that none of the concerns of the Deaf community articulated in the letter were addressed.
    - The current policy continues to use the pejorative term "hearing impaired."
    - The current policy does not require that sign language interpreters be certified and qualified.
    - The current policy encourages police officers to use written notes to communicate when an interpreter is not available and makes no mention of Video Remote Interpreting as an alternative.
    - The current policy encourages use of TTY and Telephone Relay Services to accommodate Deaf and Hard of Hearing individuals. The policy does not mention or encourage the widely-used and more effective Video Relay Services that allow Deaf and Hard of Hearing users to see others' lips moving and to see the signing of an interpreter.

12. The current policy is available online and indicates that it has not been amended since its enactment on August 7, 2013, as of the date of my review. The website does report that the directive is under review with no indication of when the review began or might be completed, or how one might weigh in on that process. Portland Policy Bureau, Policy 0640.36: Communication with Hearing Impaired and Limited English Proficient Persons, *available at* https://www.portlandoregon.gov/police/article/533213.

I declare under penalty of perjury and under the laws of the United States, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on  January  19 , in the year 2021, in the city of  Independence.

_Chad Ludwig_ (signature)
Chad Ludwig

Declaration of Chad Ludwig                    4

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Chad Ludwig in Support of Plaintiffs' Motion for Preliminary Injunction the attorney or party listed below on the date set forth below by the method(s) indicated:

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>BILLY J. WILLIAMS<br>United States Attorney<br>JOHN V. COGHLAN<br>Deputy Assistant Attorney General<br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch<br>MICHAEL P. CLENDENEN, DC #1660091<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20530<br>Telephone: (202) 353-0693<br>Facsimile: (202) 616-8460<br><br>*Attorneys for Defendants Wolf and Washington in their official capacity* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |
| ELLEN F. ROSENBLUM, OSB #753239<br>Attorney General<br>DREW K. BAUMCHEN, OSB #045032<br>Senior Assistant Attorney General<br>Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4700<br>Facsimile: (503) 947-4791<br>Email: ellen.f.rosenblum@doj.state.or.us<br>          Drew.Baumchen@doj.state.or.us<br><br>*Attorneys for Defendant Terri Davie* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |

Page 1 -    Certificate of Service

4840-5543-6758.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | |
|---|---|
| DANIEL SIMON, OSB #124544<br>Deputy City Attorney<br>LINDA LAW, OSB #943660<br>Chief Deputy City Attorney<br>linda.law@portlandoregon.gov<br>LINH T. VU, OSB #004164<br>Senior Deputy City Attorney<br>linh.vu@portlandoregon.gov<br>ELIZABETH C. WOODARD, OSB #075667<br>Deputy City Attorney<br>beth.woodard@portlandoregon.gov<br>Portland City Attorney's Office<br>1221 SW 4th Ave., Rm. 430<br>Portland, OR 97204<br>Telephone: (503) 823-4047<br>Facsimile: (503) 823-3089<br>Email: dan.simon@portlandoregon.gov<br>        linda.law@portlandoregon.gov<br>        linh.vu@portlandoregon.gov<br>        beth.woodard@portlandoregon.gov<br><br>*Attorneys for City of Portland, Ted Wheeler and Chuck Lovell* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |
| GLENN GREENE<br>New York State Bar No. 2674448<br>Senior Trial Attorney<br>DAVID G. CUTLER<br>Illinois State Bar No. 6303130<br>Trial Attorney<br>Torts Branch, Civil Division<br>Constitutional and Specialized Tort Litigation<br>PO Box 7146<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-4143<br>Facsimile: (202) 616-4314<br>Email: glenn.greene@usdoj.gov<br><br>*Attorneys for Defendants Wolf and Washington in their individual capacity* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |

Page 2 -   Certificate of Service

4840-5543-6758.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | |
|---|---|
| CHRIS GILMORE, OSB #980570<br>Multnomah County Attorney's Office<br>501 SE Hawthorne Blvd., Ste. 500<br>Portland, OR 97214<br>Telephone: (503) 988-3138<br>Facsimile: (503) 988-3377<br>Email: chris.gilmore@multco.us<br><br>*Attorney for Multnomah County and Michael Reese* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |

DATED: February 8, 2021.

                                                  *s/ John C. Clarke*
                                                  Attorneys for Plaintiffs

Page 3 -   Certificate of Service

4840-5543-6758.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204