BRIAN M. BOYNTON
Acting Assistant Attorney General
SCOTT ERIK ASPHAUG
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
MICHAEL P. CLENDENEN (DC 1660091)
JORDAN L. VON BOKERN (DC 1032962)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 353-0693
Fax:    (202) 616-8460

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |
|---|---|
| PHILIP WOLFE, *et al.*,<br><br><br>        Plaintiffs,<br><br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-01882-SI<br><br>**DECLARATION OF PETE CAJIGAL** |

DECLARATION OF PETE CAJIGAL– 1

## DECLARATION OF ACTING MARSHAL PETE CAJIGAL

1. I am employed by the United States Department of Justice, United States Marshals Service (USMS), as the Chief Deputy U.S. Marshal (CDUSM), District of Oregon (District). However, as U.S. Marshal Russel Burger retired effective January 31, 2021, I am currently serving as the Acting U.S. Marshal (AUSM) for the District.  I have been the CDUSM in the District since July 2017.

2. I base this declaration on my personal observations and experience, as well as documents and information provided to me in the ordinary and regular course of business.

3. As the AUSM for the District, I am responsible for the management, administration, and direction of operations throughout the District, including oversight of the protection of the United States Courts and judiciary, criminal investigations, executions of federal orders, and other law enforcement activities within the district.  The operational functions within the District include detention management, judicial security, prisoner and court operations, sex offender investigations, asset forfeiture matters, fugitive investigations, and service of process.

4. The District's main office is located in Portland, Oregon.  However, I also oversee two suboffices located in Eugene and Medford, Oregon.

5. The District is one of 94 district offices within the USMS that ultimately report to USMS headquarters in Arlington, Virginia.  Although there are national policies and procedures that govern the general operations of the USMS, the District retains broad discretion to manage the day-to-day operations and employees within the District.

6. From June 11, 2020 until August 27, 2020, Deputy United States Marshals (DUSM) from the USMS Headquarters Tactical Operations Division (TOD), Special Operations Group as well as other USMS Headquarters staff were deployed in Portland, Oregon, to provide the District protective support for the U.S. Courthouse, in coordination with the Federal Protective Service, which is responsible for perimeter security, as well as additional Department of Homeland Security operational teams.  Additionally, DUSMs from other districts were deployed to the District to assist.

7. Since November 9, 2020, the USMS has not had any HQ or other district staff augmenting staffing for the Mark O. Hatfield Courthouse in Portland, Oregon.

8. For the most part, there has not been any protest or riot activity directed at the Hatfield Courthouse since November 11, 2020, when a group of approximately 25 individuals walked to the Justice Center and the Hatfield Courthouse, and 5 individuals pushed the fence and bags of trash were thrown over the fence.  The group was dispersed by Portland Police without incident.  USMS District of Oregon officially shut down operations related to the protest activity on November 15, 2020.

DECLARATION OF PETE CAJIGAL– 2

9. On the evening of March 11, 2021, after removal of the fencing surrounding the Hatfield Courthouse, the Courthouse was assaulted by violent opportunists. The USMS did not exit the courthouse or otherwise respond to these attacks. Rather, Federal Protective Services (FPS) and Portland Police Bureau (PPB) responded. Similar attacks on the courthouse occurred on Friday, March 12, 2020; again, USMS did not respond to these attacks on the courthouse, but rather FPS and PPB responded. These attacks included breaking glass, and setting fire to the plywood covering broken glass. Graffiti was painted on the courthouse exterior as well.

10. Because of the continued violent vandalism, USMS headquarters has reinstalled the perimeter fence surrounding the Hatfield Courthouse.

11. USMS operations are functioning normally, which includes internal security for the Hatfield Courthouse. Federal Protective Service (FPS) has resumed its routine duties of monitoring and responding to security concerns on the exterior of the Hatfield Courthouse. The USMS does not anticipate that the USMS would need to augment the FPS staff securing the perimeter of the Hatfield Courthouse.

12. The USMS also has responsibility for the historic Pioneer Courthouse which houses the Ninth Circuit, as well as the federal bankruptcy court nearby, neither of which has been the subject of protests. The Edith Greene Wendell Wyatt Federal Building is not under the supervision of the USMS, as the Department of Homeland Security (and its respective subordinate agencies) is solely responsible for protection of the building and its occupants.

I declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is correct and true to the best of my knowledge.

_____
Pete Cajigal
Acting United States Marshal
District of Oregon
United States Marshals Service

Date:  March 15, 2021

DECLARATION OF PETE CAJIGAL– 3