FILED 18 MAR '21 16:15 USDC-ORP

DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
LINDA LAW, OSB #943660
Chief Deputy City Attorney
linda.law@portlandoregon.gov
LINH T. VU, OSB #004164
Senior Deputy City Attorney
linh.vu@portlandoregon.gov
ELIZABETH C. WOODARD, OSB #075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland, Ted Wheeler, and Chuck Lovell*

FILED 18 MAR '21 16:15 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation,<br>PLAINTIFFS,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TERRI DAVIE, in her official capacity; CHAD WOLF, in his individual capacity; ALEJANDRO MAYORKAS, in his official capacity; DONALD WASHINGTON, in his individual and official capacity; and DOES 1-100, individual and supervisory officers of local, state, and federal government,<br><br>DEFENDANTS. | 3:20-cv-01882-SI<br><br>**VIDEO EXHIBITS 104, 105, AND 107-110 TO DECLARATION OF CHRIS DAVIS** |

Page 1 – VIDEO EXHIBITS 104, 105, AND 107-110 TO DECLARATION OF CHRIS DAVIS

Enclosed is a USB drive with the video files for Exhibits 104, 105 and 107-110 to the Declaration of Chris Davis (In Support of City of Portland's Response to Plaintiffs' Motion for Preliminary Injunction), ECF No. 74, which was filed with video exhibit placeholders on March 15, 2021.

Dated: March 18, 2021

Respectfully submitted,

Respectfully submitted,

DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
LINDA LAW, OSB #943660
Chief Deputy City Attorney
linda.law@portlandoregon.gov
LINH T. VU, OSB #004164
Senior Deputy City Attorney
linh.vu@portlandoregon.gov
ELIZABETH C. WOODARD, OSB #075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
*Of Attorneys for City of Portland, Ted Wheeler and Chuck Lovellc*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing VIDEO EXHIBITS 104, 105, AND 107-110 TO DECLARATION OF CHRIS DAVIS on:

>Bruce L. Campbell
>bruce.campbell@millernash.com
>John C. Clarke
>john.clarke@millernash.com
>MILLER NASH GRAHAM & DUNN LLP
>3400 U.S. Bancorp Tower 111 S.W. Fifth Avenue
>Portland, Oregon 97204
>
>Christopher Knauf
>ck@drlcenter.org
>Anthony Pinggera
>acp@drlcenter.org
>DISABILITY RIGHTS LEGAL CENTER
>1541 Wilshire Boulevard, Suite 400
>Los Angeles, California 90017
>
>Amy Robertson
>arobertson@creeclaw.org
>Timothy Fox
>tfox@creeclaw.org
>Pilar Gonzales Morales
>pgonzalez@creeclaw.org
>CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
>1245 E. Colfax Avenue, Suite 400
>Denver, Colorado 80218
>>*Of Attorneys for Plaintiffs*
>
>Chris Gilmore
>Multnomah County Attorney's Office
>501 SE Hawthorne Blvd., Ste. 500
>Portland, OR 97214
>chris.gilmore@multco.us
>>*Of Attorneys for Multnomah County and Michael Reese*
>
>Glen Greene
>Glenn.greene@usdoj.gov
>David G. Cutler
>david.g.cutler@usdoj.gov
>Torts Branch, Civil Division
>Constitutional and Specialized Tort Litigation
>PO Box 7146
>Ben Franklin Station
>Washington, D.C. 20044
>>*Of Attorneys for Defendants Wolf and Washington in their individual capacity*

Page 1 – CERTIFICATE OF SERVICE

    Michael P. Clendenen
    michael.p.clendenen@usdoj.gov
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, D.C. 20530
        *Of Attorneys for Defendants Wolf and Washington in their official capacity*

    Drew K. Baumchen
    Drew.Baumchen@doj.state.or.us
    Jill Schneider
    Jill.Schneider@doj.state.or.us
    Department of Justice
    1162 Court Street NE
    Salem, OR 97301-4096
        *Of Attorneys for Defendant Terri Davie*

on March 18, 2021, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☐    by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐    by **hand delivery.**

☐    by **email** pursuant to LR 5-2(b).

☐    by **facsimile transmission.**

☒    by **email.**

        */s/ Daniel Simon*
        _____
        DANIEL SIMON, OSB #124544
        Deputy City Attorney
        dan.simon@portlandoregon.gov
        *Of Attorneys for City of Portland, Ted Wheeler and Chuck Lovell*

Page 2 – CERTIFICATE OF SERVICE

