**Bruce L. Campbell**, OSB No. 925377
bruce.campbell@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
**MILLER NASH GRAHAM & DUNN LLP**
3400 U.S. Bancorp Tower 111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858

**Christopher Knauf**, admitted *pro hac vice*
ck@drlcenter.org
**DISABILITY RIGHTS LEGAL CENTER**
1541 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Phone: 213.736.1031

**Amy Robertson**, admitted pro *hac vice*
arobertson@creeclaw.org
**Timothy Fox**, admitted *pro hac vice*
tfox@creeclaw.org
**Pilar Gonzales Morales**, admitted *pro hac vice*
pgonzalez@creeclaw.org
**CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER**
1245 E. Colfax Avenue, Suite 400
Denver, Colorado 80218
Phone: 303.757.7901

Page 1 -    NOTICE OF WITHDRAWAL OF ANTHONY PINGGERA

4811-7853-5652.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TERRI DAVIE, in her official capacity; CHAD WOLF, in his individual capacity; ALEJANDRO MAYORKAS, in his official capacity; DONALD WASHINGTON, in his individual and official capacity; and DOES 1-100, individual and supervisory officers of local, state, and federal government,<br><br>            Defendants. | Case No. 3:20-cv-01882-SI<br><br>NOTICE OF WITHDRAWAL OF ANTHONY PINGGERA |

      NOTICE IS HEREBY GIVEN that Anthony Pinggera withdraws as counsel for plaintiffs in the above-captioned matter. Effective immediately, Anthony Pinggera should be removed from the court's record and the parties' service list.

      Plaintiffs will continue to be represented by Bruce Campbell and John Clarke of Miller Nash Graham & Dunn, LLP; Christopher Knauf of Disability Rights Legal Center; and

Page 2 -    NOTICE OF WITHDRAWAL OF ANTHONY PINGGERA

4811-7853-5652.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Amy Robertson, Timothy Fox, and Pilar Gonzales Morales of Civil Rights Education and Enforcement Center.

DATED this 8th day of April, 2021.

                              MILLER NASH GRAHAM & DUNN

                              *s/ John C. Clarke*
                              Bruce L. Campbell, OSB No. 925377
                              bruce.campbell@millernash.com
                              John C. Clarke, OSB No. 153245
                              john.clarke@millernash.com
                              Phone: 503.224.5858
                              Fax: 503.224.0155

                              Attorneys for Plaintiffs

Page 3 -    NOTICE OF WITHDRAWAL OF ANTHONY PINGGERA

4811-7853-5652.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

CERTIFICATE OF SERVICE

I hereby certify that I served the NOTICE OF WITHDRAWAL OF ANTHONY PINGGERA on the attorneys or parties listed below on the date set forth below by the method(s) indicated:

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>BILLY J. WILLIAMS<br>United States Attorney<br>JOHN V. COGHLAN<br>Deputy Assistant Attorney General<br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch<br>MICHAEL P. CLENDENEN, DC #1660091<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20530<br>Telephone: (202) 353-0693<br>Facsimile: (202) 616-8460<br><br>*Attorneys for Defendants Wolf and Washington in their official capacity* | ☐ First-class mail, postage prepaid<br>☐ Facsimile<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail<br>☒ E-mail copy, as a courtesy only<br>☒ CM/ECF EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system.<br>☐ Other |
| ELLEN F. ROSENBLUM, OSB #753239<br>Attorney General<br>DREW K. BAUMCHEN, OSB #045032<br>Senior Assistant Attorney General<br>Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4700<br>Facsimile: (503) 947-4791<br>Email: ellen.f.rosenblum@doj.state.or.us<br>        Drew.Baumchen@doj.state.or.us<br><br>*Attorneys for Defendant Terri Davie* | ☐ First-class mail, postage prepaid<br>☐ Facsimile<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail<br>☒ E-mail copy, as a courtesy only<br>☒ CM/ECF EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system.<br>☐ Other |

Page 1 -    Certificate of Service

4818-0195-0925.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | |
|---|---|
| DANIEL SIMON, OSB #124544<br>Deputy City Attorney<br>LINDA LAW, OSB #943660<br>Chief Deputy City Attorney<br>linda.law@portlandoregon.gov<br>LINH T. VU, OSB #004164<br>Senior Deputy City Attorney<br>linh.vu@portlandoregon.gov<br>ELIZABETH C. WOODARD, OSB #075667<br>Deputy City Attorney<br>beth.woodard@portlandoregon.gov<br>Portland City Attorney's Office<br>1221 SW 4th Ave., Rm. 430<br>Portland, OR 97204<br>Telephone: (503) 823-4047<br>Facsimile: (503) 823-3089<br>Email: dan.simon@portlandoregon.gov<br>        linda.law@portlandoregon.gov<br>        linh.vu@portlandoregon.gov<br>        beth.woodard@portlandoregon.gov<br><br>*Attorneys for City of Portland, Ted Wheeler and Chuck Lovell* | ☐ First-class mail, postage prepaid<br>☐ Facsimile<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail<br>☒ E-mail copy, as a courtesy only<br>☒ CM/ECF EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system.<br>☐ Other |
| GLENN GREENE<br>New York State Bar No. 2674448<br>Senior Trial Attorney<br>DAVID G. CUTLER<br>Illinois State Bar No. 6303130<br>Trial Attorney<br>Torts Branch, Civil Division<br>Constitutional and Specialized Tort Litigation<br>PO Box 7146<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-4143<br>Facsimile: (202) 616-4314<br>Email: glenn.greene@usdoj.gov<br><br>*Attorneys for Defendants Wolf and Washington in their individual capacity* | ☐ First-class mail, postage prepaid<br>☐ Facsimile<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail<br>☒ E-mail copy, as a courtesy only<br>☒ CM/ECF EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system.<br>☐ Other |

Page 2 -   Certificate of Service

4811-7853-5652.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | |
|---|---|
| CHRIS GILMORE, OSB #980570<br>Multnomah County Attorney's Office<br>501 SE Hawthorne Blvd., Ste. 500<br>Portland, OR 97214<br>Telephone: (503) 988-3138<br>Facsimile: (503) 988-3377<br>Email: chris.gilmore@multco.us<br><br>*Attorney for Multnomah County and Michael Reese* | ☐ First-class mail, postage prepaid<br>☐ Facsimile<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail<br>☒ E-mail copy, as a courtesy only<br>☒ CM/ECF EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system.<br>☐ Other |

DATED: April 8, 2021.

*s/ John C. Clarke*
John C. Clarke, OSB No. 153245
john.clarke@millernash.com

*Attorney for Plaintiffs*

Page 3 -   Certificate of Service

4811-7853-5652.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204