**Bruce L. Campbell**, OSB No. 925377
bruce.campbell@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
**MILLER NASH LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858

**Thomas Stenson,** OSB No. 152894
tstenson@droregon.org
**Emily R. Cooper,** OSB No. 182254
ecooper@droregon.org
**Kenneth C. Lewis,** OSB No. 154782
klewis@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Ave., Suite 200
Portland, Oregn 97205
Phone: 503.243.2081

**Christopher H. Knauf**, admitted *pro hac vice*
ck@drlcenter.org
**Alexandra M. Robertson**, admitted *pro hac vice*
ar@drlcenter.org
**Corrigan L. Lewis**, admitted *pro hac vice*
cll@drlcenter.org
**DISABILITY RIGHTS LEGAL CENTER**
1541 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Phone: 213.736.1031

    Attorneys for Plaintiffs

Page 1 –    NOTICE OF APPEARANCE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PHILIP WOLFE, KATALINA DURDEN,
MELISSA LEWIS, JUNIPER SIMONIS,
individually, and DISABILITY RIGHTS
OREGON, an Oregon nonprofit and
advocacy corporation,

                    Plaintiffs,

     v.

CITY OF PORTLAND, a municipal
corporation; TED WHEELER, in his official
capacity; CHUCK LOVELL, in his official
capacity; MULTNOMAH COUNTY, a
political subdivision of the State; MICHAEL
REESE, in his official capacity; TERRI
DAVIE, in her official capacity; CHAD
WOLF, in his individual capacity;
ALEJANDRO MAYORKAS, in his official
capacity; DONALD WASHINGTON, in his
individual and official capacity; and DOES 1-
100, individual and supervisory officers of
local, state, and federal government,

                 Defendants.

Case No. 3:20-cv-01882-SI

NOTICE OF APPEARANCE

**CLERK'S ACTION NEEDED**

NOTICE IS HEREBY GIVEN that Plaintiffs Philip Wolfe, Katalina Durden,

Melissa Lewis, Juniper Simonis, and Disability Rights Oregon (collectively, "Plaintiffs") hereby

request that Thomas Stenson, Emily Cooper, and Kenneth C. Lewis of Disability Rights Oregon be

added as counsel of record for Plaintiffs in this action. Plaintiffs continue to be represented by

counsel of record.

The undersigned requests that an entry be made on the clerk's matrix in this case reflecting

the above change and that copies of all further pleadings and papers (except original process), and

future notices and orders filed or served in this action be served on the undersigned at the

following address:

Disability Rights Oregon
Thomas Stenson, OSB No. 152894
tstenson@droregon.org
Emily R. Cooper, OSB No. 182254
ecooper@droregon.org
Kenneth C. Lewis, OSB No. 154782
klewis@droregon.org
511 SW 10th Ave, Suite 200
Portland, OR 97205

DATED this 30th day of September, 2021.

MILLER NASH LLP

s/ John C. Clarke
Bruce L. Campbell, OSB No. 925377
bruce.campbell@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
Phone: 503.224.5858

DISABILITY RIGHTS OREGON
Thomas Stenson, OSB No. 152894
tstenson@droregon.org
Emily R. Cooper, OSB No. 182254
ecooper@droregon.org
Kenneth C. Lewis, OSB No. 154782
klewis@droregon.org

DISABILITY RIGHTS LEGAL CENTER
Christopher H. Knauf, admitted *pro hac vice*
ck@drlcenter.org
Alexandra M. Robertson, admitted *pro hac vice*
ar@drlcenter.org
Corrigan L. Lewis, admitted *pro hac vice*
cll@drlcenter.org

Phone: 213.736.1031

    Attorneys for Plaintiffs