**Bruce L. Campbell**, OSB No. 925377
bruce.campbell@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
**MILLER NASH LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858

**Thomas Stenson,** OSB No. 152894
tstenson@droregon.org
**Emily R. Cooper,** OSB No. 182254
ecooper@droregon.org
**Kenneth C. Lewis,** OSB No. 154782
klewis@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Ave., Suite 200
Portland, Oregon 97205
Phone: 503.243.2081

**Christopher H. Knauf**, admitted *pro hac vice*
ck@drlcenter.org
**Alexandra M. Robertson**, admitted *pro hac vice*
ar@drlcenter.org
**Corrigan L. Lewis**, admitted *pro hac vice*
cll@drlcenter.org
**DISABILITY RIGHTS LEGAL CENTER**
1541 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Phone: 213.736.1031

    Attorneys for Plaintiffs

Page 1 -    NOTICE OF WITHDRAWAL OF TIMOTHY FOX

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TERRI DAVIE, in her official capacity; CHAD WOLF, in his individual capacity; ALEJANDRO MAYORKAS, in his official capacity; DONALD WASHINGTON, in his individual and official capacity; and DOES 1-100, individual and supervisory officers of local, state, and federal government,<br><br>          Defendants. | Case No. 3:20-cv-01882-SI<br><br>NOTICE OF WITHDRAWAL OF TIMOTHY FOX |

NOTICE IS HEREBY GIVEN that Timothy Fox withdraws as counsel for plaintiffs in the above-captioned matter. Mr. Fox's former firm, the Civil Rights Education and Enforcement Center ("CREEC") is withdrawing due to limited capacity. Mr. Fox and his Co-Executive Director, Amy Robertson, are leaving CREEC to return to private practice, and their colleague Pilar Gonzalez Morales was promoted to Director of CREEC's Accessibility Project, taking on

Page 2 -    NOTICE OF WITHDRAWAL OF TIMOTHY FOX

administrative duties in addition to her litigation docket. This reduced litigation capacity has made it impossible for these attorneys to continue on the present case.

Effective immediately, Timothy Fox should be removed from the court's record and the parties' service list.

Plaintiffs will continue to be represented by counsel of record.

DATED this 30th day of September, 2021.

>FOX & ROBERTSON, PC
>
>/s/ Timothy Fox
>Timothy Fox
>1550 Larimer Street
>Suite 1113
>Denver, CO  80202
>
>Attorney for Plaintiffs

Page 3 -    NOTICE OF WITHDRAWAL OF TIMOTHY FOX