**Bruce L. Campbell**, OSB No. 925377
bruce.campbell@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
**MILLER NASH LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858


**Christopher H. Knauf**, admitted *pro hac vice*
ck@drlcenter.org
**Alexandra M. Robertson**, admitted *pro hac vice*
ar@drlcenter.org
**Corrigan L. Lewis**, admitted *pro hac vice*
cll@drlcenter.org
**DISABILITY RIGHTS LEGAL CENTER**
1541 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Phone: 213.736.1031

    Attorneys for Plaintiffs

**Thomas Stenson,** OSB No. 152894
tstenson@droregon.org
**Emily R. Cooper,** OSB No. 182254
ecooper@droregon.org
**Kenneth C. Lewis,** OSB No. 154782
klewis@droregon.org
**DISABILITY RIGHTS OREGON**
511 SW 10th Ave., Suite 200
Portland, OR  97205
Phone: 503.243.2081
*Attorneys for Plaintiff Disability Rights Oregon*

Page 1 – CORRECTED NOTICE OF APPEARANCE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TERRI DAVIE, in her official capacity; CHAD WOLF, in his individual capacity; ALEJANDRO MAYORKAS, in his official capacity; DONALD WASHINGTON, in his individual and official capacity; and DOES 1-100, individual and supervisory officers of local, state, and federal government,<br><br>        Defendants. | Case No. 3:20-cv-01882-SI<br><br>**CORRECTED NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Disability Rights Oregon ("DRO") hereby requests that Thomas Stenson, Emily Cooper, and Kenneth C. Lewis of Disability Rights Oregon be added as counsel of record for Plaintiff Disability Rights Oregon in this action. Plaintiffs continue to be represented by counsel of record.

The undersigned requests that an entry be made on the clerk's matrix in this case reflecting the above change and that copies of all further pleadings and papers (except original process), and future notices and orders filed or served in this action be served on the undersigned at the following address:

>Disability Rights Oregon
>Thomas Stenson, OSB No. 152894
>tstenson@droregon.org
>Emily R. Cooper, OSB No. 182254
>ecooper@droregon.org
>Kenneth C. Lewis, OSB No. 154782
>klewis@droregon.org
>511 SW 10th Ave., Suite 200
>Portland, OR  97205

DATED this 14th day of October, 2021.

DISABILITY RIGHTS OREGON

*s/ Thomas Stenson*
Bruce L. Campbell, OSB No. 925377
bruce.campbell@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
Phone: 503.224.5858

DISABILITY RIGHTS OREGON
Thomas Stenson, OSB No. 152894
tstenson@droregon.org
Emily R. Cooper, OSB No. 182254
ecooper@droregon.org
Kenneth C. Lewis, OSB No. 154782
klewis@droregon.org

DISABILITY RIGHTS LEGAL CENTER
Christopher H. Knauf, admitted *pro hac vice*
ck@drlcenter.org
Alexandra M. Robertson, admitted *pro hac vice*
ar@drlcenter.org
Corrigan L. Lewis, admitted *pro hac vice*
cll@drlcenter.org
Phone: 213.736.1031


Attorneys for Plaintiffs