**Bruce L. Campbell**, OSB No. 925377
bruce.campbell@millernash.com
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
**MILLER NASH LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858

[additional counsel on signature page]
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, MELISSA LEWIS, JUNIPER SIMONIS, individually, and DISABILITY RIGHTS OREGON, an Oregon nonprofit and advocacy corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; TED WHEELER, in his official capacity; CHUCK LOVELL, in his official capacity; MULTNOMAH COUNTY, a political subdivision of the State; MICHAEL REESE, in his official capacity; TERRI DAVIE, in her official capacity; CHAD WOLF, in his individual capacity; ALEJANDRO MAYORKAS, in his official capacity; DONALD WASHINGTON, in his individual and official capacity; and | Case No. 3:20-cv-01882-SI<br><br>**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

Page 1 -   **NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

DOES 1-100, individual and supervisory officers of local, state, and federal government,

                Defendants.

TO:        Clerk of the Court

AND TO:    Defendants and their counsel of record

PLEASE TAKE NOTICE that individual plaintiffs Philip Wolfe and Katalina Durden are substituting Rian Peck of Visible Law as local counsel of record in the above-captioned case in place of Bruce L. Campbell and John C. Clarke of Miller Nash LLP. In addition, Mr. Campbell and Mr. Clarke are withdrawing as counsel for all plaintiffs. Plaintiff Disability Rights Oregon does not intend to file an amended complaint.

Accordingly, the undersigned requests that all future correspondence, court notices, pleadings, or papers, exclusive of original process, shall be given to and served on the attorneys of record from Disability Rights Legal Center and Mx. Peck. The contact information for Mx. Peck is reflected below:

/ / /

/ / /

/ / /

Page 2 -   **NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

Rian Peck, OSB No. 144012
Visible Law
333 SW Taylor Street, Suite 300
Portland, Oregon  97204
Email: rian@visible.law
Phone:  503.97.9090

DATED:  December 2, 2021

MILLER NASH LLP

*s/ John C. Clarke*
Bruce L. Campbell, OSB No. 925377
bruce.campbell@millernash.com
John C. Clarke, OSB No. 153245
john.clarke@millernash.com
Phone: 503.224.5858

DISABILITY RIGHTS LEGAL CENTER

Christopher H. Knauf, *pro hac vice*
ck@drlcenter.org
Alexandra M. Robertson, *pro hac vice*
ar@drlcenter.org
Corrigan L. Lewis, *pro hac vice*
cll@drlcenter.org
1541 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Phone: 213.736.1031

Attorneys for Plaintiffs

Page 3 -   **NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204