IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PHILIP WOLFE**, **KATALINA DURDEN**, and **JACKSON TUDELA**, individuals,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>**CITY OF PORTLAND**, a Oregon municipal corporation; **MULTNOMAH COUNTY**, a political subdivision of the State of Oregon; and **DOES 1-100**,<br><br>　　　　Defendants. | Case No. 3:20-cv-1882-SI<br><br>**JUDGMENT** |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 10th day of June, 2022.

　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT