**Rian Peck** (they/them), OSB No. 144012
Rian@visible.law
VISIBLE LAW
333 SW Taylor Street, Suite 300
Portland, OR 97204
503.907.9090

**Christopher H. Knauf** (he/him), *pro hac vice*
CK@drlcenter.org
**Corrigan L. Lewis** (she/her), *pro hac vice*
CLL@drlcenter.org
**Alexandra M. Robertson** (she/her), *pro hac vice*
AR@drlcenter.org
DISABILITY RIGHTS LEGAL CENTER
1541 Wilshire Blvd., Suite 400
Los Angeles, CA 90017
213.736.1031
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| PHILIP WOLFE, KATALINA DURDEN, and JACKSON TUDELA, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PORTLAND, an Oregon municipal corporation; and MULTNOMAH COUNTY, a political subdivision of the State of Oregon, and DOES 1-100, <br><br> Defendants. | Case No. 3:20-cv-01882-SI <br><br> **NOTICE OF APPEAL** |

Page 1 – NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Philip Wolfe, Katalina Durden, and Jackson Tudela appeal to the United States Court of Appeals for the Ninth Circuit the United States District Court's Opinion and Order granting Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint entered on June 10, 2022.

Dated: July 5, 2022              VISIBLE LAW
                                 DISABILITY RIGHTS LEGAL CENTER


                                  _/S/ Rian Peck_____
                                 By: Rian Peck
                                 Attorney for Plaintiffs

Page 2 – NOTICE OF APPEAL